UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT E. WALLACE, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   No. 4:21-cv-01099-JAR |
| ALEX DOWNEY, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Robert E. Wallace, Jr.'s motion for injunctive relief. (Docket No. 29). On April 8, 2022, the Court dismissed this action for failure to comply with the Court's order of February 9, 2022. (Docket No. 13). Plaintiff filed a notice of appeal. (Docket No. 16). The United States Court of Appeals for the Eighth Circuit summarily affirmed the Court's judgment on June 29, 2022. (Docket No. 25). On July 19, 2022, the Court of Appeals issued its mandate. (Docket No. 28). In short, as set forth above, the case is closed. Therefore, plaintiff's motion will be denied as moot. Plaintiff is advised that the Court will not entertain any motions filed in this closed case.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for injunctive relief (Docket No. 29) is **DENIED AS MOOT**.

Dated this 25th day of July, 2022.

*John A. Ross*
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE